UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| REVOLUTION HEALTH GROUP, LLC | ) | CASE NO. 08 CV 3464 (GEL) |
| | ) | |
| Plaintiff | ) | ECF CASE |
| | ) | |
| v. | ) | |
| | ) | **RULE 7.1 STATEMENT** |
| HUMMINGBIRD COACHING SERVICES, LLC | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Hummingbird Coaching Services, LLC (a private non-governmental party) certifies that it has no parent corporation, and no publicly traded corporation owns 10% or more of its common stock.  However, Nealbird, LLC and Lighthouse Health and Fitness, Inc. are the members of Hummingbird Coaching Services, LLC.

Dated: April 9, 2008

                    Respectfully submitted,

                    BOND, SCHOENECK & KING, PLLC

                    By:   s/ Brian J. Butler
                          Brian J. Butler (BB3493)
                    One Lincoln Center
                    Syracuse, New York  13202
                    Telephone: (315) 218-8000
                    Fax:  (315) 218-8100
                    Email: butlerb@bsk.com

                              and

>TAFT STETTINIUS & HOLLISTER LLP
>Maria P. Vitullo (MV0141)
>425 Walnut Street, Suite 1800
>Cincinnati, OH  45202-3957
>Telephone: (513) 381-2838
>Fax: (513) 381-0205
>Email:  vitullo@taftlaw.com
>
>*Attorneys for Defendant*