UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| REVOLUTION HEALTH GROUP, LLC | ) | CASE NO. 08 CV 3464 (GEL) |
| | ) | |
| Plaintiff | ) | ECF CASE |
| | ) | |
| v. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| HUMMINGBIRD COACHING SERVICES, LLC | ) | |
| | ) | |
| Defendant. | ) | |

    I hereby certify that a true and accurate copy of Defendant's *Rule 7.1 Statement* was served this 9th day of April, 2008, by regular U.S. mail postage pre-paid upon the following:

Jeffrey M. Eilender
David J. Katz
Schlam Stone & Dolan LLP
26 Broadway
New York, New York  10004

                                                s/ Brian J. Butler
                                                Brian J. Butler