UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/08
```

REVOLUTION HEALTH GROUP, LLC,

  *Plaintiff,*

-vs.-

HUMMINGBIRD COACHING SERVICES, LLC,

  *Defendant.*

STIPULATION TO EXTEND DEFENDANT'S TIME TO ANSWER, PLEAD, MOVE, OR OTHERWISE REPOND TO PLAINTIFF'S COMPLAINT

No. 08 CV 3464 (GEL) (HP)

IT IS HEREBY STIPULATED AND AGREED, by the undersigned parties that:

1. Pursuant to Fed. R. Civ. P. 81(c)(2)(C), Defendant's time to answer, plead, move, or otherwise respond to Plaintiff's Complaint is April 14, 2008.

2. The time for Defendant to answer, plead, move, or otherwise respond to Plaintiff's Complaint is extended to and including May 2, 2008.

3. There have been no previous requests made for an adjournment or extension.

4. Both parties consent to this extension.

5. This Stipulation may be signed in counterparts and may be delivered by facsimile or electronically, and in counterparts.

Dated: April 11, 2008
      New York, New York

_David Katz_ /RDB

David J. Katz (DK-4729)
Attorney for Plaintiff
Schlam Stone & Dolan LLP
26 Broadway, 19th Floor
New York, NY 10004
Telephone: (212) 344-5400
Fax: (212) 344-7677
E-mail: dkatz@schlamstone.com

_Maria P. Vitullo_ /RDB

Maria P. Vitullo (MV-0141)
Attorney for Defendant
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
Telephone: (513) 381-2838
Fax: (513) 381-0205
E-Mail: vitullo@taftlaw.com

SO ORDERED:

_Gerard E. Lynch_
U.S.D.J.
4/14/08