UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

REVOLUTION HEALTH GROUP, LLC,

                  Plaintiff,

-against-

HUMMINGBIRD COACHING SERVICES, LLC,

                  Defendant.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/08

08 Civ. 3464 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

      The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

SO ORDERED.

Dated: New York, New York
       April 30, 2008

                                                  _____
                                                  GERARD E. LYNCH
                                                  United States District Judge