Case 1:08-cv-03464-GEL   Document 7   Filed 07/21/2008   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/08

| | |
|---|---|
| REVOLUTION HEALTH GROUP, LLC, <br><br>          *Plaintiff,*<br><br>-vs.-<br><br>HUMMINGBIRD COACHING SERVICES, LLC,<br><br>          *Defendant.* | No. 08 Civ. 3464 (GEL)<br><br>STIPULATION OF DISMISSAL |

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued as between all parties, and all claims herein are dismissed WITH PREJUDICE, without costs, attorneys' fees, expenses or disbursements to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: July 21, 2008
      New York, New York

| | |
|---|---|
| s/ David J. Katz<br>David J. Katz Bar Number: DK4729<br>Attorney for Plaintiff<br>Schlam Stone & Dolan LLP<br>26 Broadway, 19th Floor<br>New York, NY 10004<br>Telephone: (212) 344-5400<br>Fax: (212) 344-7677<br>E-mail: dkatz@schlamstone.com | s/ Maria P. Vitullo<br>Maria P. Vitullo Bar Number: MV0141<br>Attorney for Defendant<br>Taft Stettinius & Hollister LLP<br>425 Walnut Street, Suite 1800<br>Cincinnati, OH 45202<br>Telephone: (513) 381-2838<br>Fax: (513) 381-0205<br>E-Mail: vitullo@taftlaw.com |

IT IS SO ORDERED.

_____
Hon. Gerard E. Lynch
United States District Judge

7/21/08